**ORIGINAL**

# In the United States Court of Federal Claims

No. 17-914
Filed: September 29, 2017

**FILED**
SEP 2 9 2017
U.S. COURT OF
FEDERAL CLAIMS

*******************************************
\*
\*
ROBERT IDAHOSA, \*
\*
Plaintiff, *pro se*, \*
\*
v. \*
\*
THE UNITED STATES, \*
\*
Defendant. \*
\*
\*
*******************************************

### ORDER OF DISMISSAL

On June 30, 2017, Plaintiff filed a Complaint in the United States Court of Federal Claims. On July 25, 2017, the Government filed a Motion To Dismiss the June 30, 2017 Complaint. Plaintiff's Response to the June 30, 2017 Motion To Dismiss was due on August 25, 2017. Plaintiff did not file a response or objection with the court on, or before, August 25, 2017.

On September 7, 2017, the court issued an Order To Show Cause, ordering Plaintiff to show cause why the above-captioned case should not be dismissed for failure to prosecute. The Response to the court's September 7, 2017 Order was due on September 11, 2017. As of September 29, 2017, Plaintiff has not complied with the court's September 7, 2017 Order.

Rule of the United States Court of Federal Claims ("RCFC") 41(b) states that the court may dismiss an action, on its own motion, "[i]f the plaintiff fails to prosecute or to comply with [the RCFC] or a court order[.]" In light of Plaintiff's failure to prosecute the above-captioned case and comply with court-mandated deadlines, the court has determined to dismiss Plaintiff's June 30, 2017 Complaint for failure to prosecute.

Accordingly, the Clerk of Court is directed to close this case. All pending motions are dismissed as moot.

**IT IS SO ORDERED.**

_____
**SUSAN G. BRADEN**
**Chief Judge**

7017 1450 0000 1346 2533